DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW J. BRIGGS (CABN 294224)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    andrew.briggs@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 20-010 RS |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE AND TO EXCLUDE |
| v. | ) TIME |
| | ) |
| CAROLYN POWELL, | ) |
|     a/k/a Carolyn Sharane Powell, | ) |
| | ) |
| Defendant. | ) |

    The above-entitled matter is currently scheduled for Status Conference on May 19, 2020 at 2:30 p.m. In light of the reasons articulated in General Orders 72-2 and 73 regarding the COVID-19 pandemic, the government and counsel for the defendant stipulate and agree to continue the Status Conference to June 23, 2020 at 2:30 p.m.

    It is further stipulated by and between counsel for the government and counsel for the defendant that time be excluded under the Speedy Trial Act from April 7, 2020 through June 23, 2020. The parties stipulate and agree that time be excluded under the Speedy Trial Act so that the parties can comply with the mandates of General Orders 72-2 and 73, and so that defense counsel can continue to prepare,

STIPULATION AND ORDER Case No. CR
20-010 RS                                            1

including by reviewing discovery and a proposed plea agreement with the defendant. Further, the parties stipulate and agree that in light of the public health concerns outlined in General Orders 72-2 and 73, the ends of justice served by excluding time through June 23, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this revised stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 1, 2020
/s/
ANDREW J. BRIGGS
Special Assistant United States Attorney

DATED: May 1, 2020
/s/
JEFF WOZNIAK
NATHAN PETERSON
Counsel for Defendant Carolyn Powell

STIPULATION AND ORDER Case No. CR 20-010 RS         2

# ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the Status Conference currently scheduled for May 19, 2020 at 2:30 p.m. to June 23, 2020 at 2:30 p.m.

Furthermore, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from April 7, 2020 through June 23, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that, in light of the public health concerns outlined in General Orders 72-2 and 73, the ends of justice served by excluding the time from April 7, 2020 to June 23, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 7, 2020 through June 23, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 1, 2020

HON. RICHARD SEEBORG
United States District Judge