1  JEFF WOZNIAK (SBN 256738)
   Law Offices of Jeff Wozniak
2  NATHAN PETERSON (SBN 288968)
   Law Offices of Nathan Peterson
3  1663 Mission Street, Suite 200
   San Francisco, CA 94103
4  t. (415) 864-5600
   f. (415) 865-0376
5  jeff@jeffwozniaklaw.com
   nathan@stuarthanlonlaw.com
6
   Attorneys for CAROLYN POWELL
7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR 20-010 RS |
|---|---|
| Plaintiff, | **STIPULATION & ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| CAROLYN POWELL, a/k/a Carolyn Sharane Powell, | |
| Defendant. | |

The above-entitled matter is currently scheduled for Status Conference on August 4, 2020 at 2:30 p.m. In light of the reasons articulated in General Orders 72-5 and 73 regarding the COVID-19 pandemic, and because, as a result of the pandemic, defense counsel is still in the process of providing the government documents relevant to plea negotiations, counsel for the defendant and the government stipulate and agree to continue the Status Conference to September 15, 2020 at 2:30 p.m.

It is further stipulated by and between counsel for the government and counsel for the defendant that time be excluded under the Speedy Trial Act from August 4, 2020 through September 15, 2020. The parties stipulate and agree that time be excluded under the Speedy Trial Act so that the parties can comply with the mandates of General Orders 72-5 and 73, and so that defense counsel can have additional time to provide documents relevant to plea negotiations to the government. Further, the parties stipulate and agree that in light of the public health

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE - 1

concerns outlined in General Orders 72-5 and 73, the ends of justice served by excluding time through September 15, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: August 3, 2020

_____/s/_____
JEFF WOZNIAK
NATHAN PETERSON
Counsel for Defendant Carolyn Powell

DATED: August 3, 2020

_____/s/_____
ANDREW J. BRIGGS
Special Assistant United States Attorney

**ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the Status Conference currently scheduled for August 4, 2020 at 2:30 p.m. to September 15, 2020 at 2:30 p.m.

Furthermore, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from August 4, 2020 through September 15, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that, in light of the public health concerns outlined in General Orders 72-5 and 73, the ends of justice served by excluding the time from August 4, 2020 to September 15, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 4, 2020 through September 15, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 3, 2020

HON. RICHARD SEEBORG
United States District Judge