JEFF WOZNIAK (SBN 256738)
Law Offices of Jeff Wozniak
NATHAN PETERSON (SBN 288968)
Law Offices of Nathan Peterson
1663 Mission Street, Suite 200
San Francisco, CA 94103
t. (415) 864-5600
f. (415) 865-0376
jeff@jeffwozniaklaw.com
nathan@stuarthanlonlaw.com

Attorneys for CAROLYN POWELL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN POWELL,<br>　　a/k/a Carolyn Sharane Powell,<br><br>　　　　Defendant. | CASE NO. CR 20-010 RS<br><br>**STIPULATION & ORDER CONTINUING STATUS CONFERENCE/CHANGE OF PLEA HEARING** |

　　　　The above-entitled matter is currently scheduled for a Change of Plea/Status Conference on November 3, 2020 at 11:00 a.m. Ms. Powell and the government have reached an agreement in principle to resolve the case, however, there are a few issues that still need to be addressed and the parties will not be prepared to proceed with a change of plea at the currently scheduled hearing. As counsel need more time to prepare, counsel for the defendant and the government stipulate and agree to continue the Change of Plea Hearing/Status Conference to November 16, 2020 at 11:00 a.m., or any other time that day that is convenient for the Court.

　　　　It is further stipulated by and between counsel for the government and counsel for the defendant that time be excluded under the Speedy Trial Act from November 3, 2020 through November 16, 2020. The parties stipulate and agree that time be excluded under the Speedy Trial Act for further preparation of the case. Further, the parties stipulate and agree that the ends of justice served by excluding time through November 16, 2020 from computation under the

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE - 1

Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

   IT IS SO STIPULATED.

DATED: November 2, 2020                            /s/                     
                                           JEFF WOZNIAK
                                           NATHAN PETERSON
                                           Counsel for Defendant Carolyn Powell

DATED: November 2, 2020                            /s/                     
                                           YOOSUN KOH
                                           Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE - 2

## ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the Chang of Plea Hearing/Status Conference currently scheduled for November 3, 2020 at 11:00 a.m. to November 16, 2020 at 11:00 a.m.

Furthermore, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from November 3, 2020 through November 16, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from November 3, 2020 to November 16, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 3, 2020 through November 16, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 2, 2020

HON. RICHARD SEEBORG
United States District Judge