JEFF WOZNIAK (SBN 256738)
Law Offices of Jeff Wozniak
NATHAN PETERSON (SBN 288968)
Law Offices of Nathan Peterson
1663 Mission Street, Suite 200
San Francisco, CA 94103
t. (415) 864-5600
f. (415) 865-0376
jeff@jeffwozniaklaw.com
nathan@stuarthanlonlaw.com

Attorneys for CAROLYN POWELL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN POWELL,<br>　　a/k/a Carolyn Sharane Powell,<br><br>　　　　Defendant. | CASE NO. CR 20-010 RS<br><br>**STIPULATION & ORDER CONTINUING STATUS CONFERENCE/CHANGE OF PLEA HEARING** |

The above-entitled matter is currently scheduled for a Change of Plea/Status Conference on November 16, 2020 at 11:00 a.m. Ms. Powell and the government have reached an agreement to resolve the case, however, the parties need additional time to finalize the agreement. As it appears that the agreement will not be finalized by the next court date, counsel for the defendant and the government stipulate and agree to continue the Change of Plea Hearing/Status Conference to December 1, 2020 at 11:00 a.m., or any other time that day that is convenient for the Court.

It is further stipulated by and between counsel for the government and counsel for the defendant that time be excluded under the Speedy Trial Act from November 16, 2020 through December 1, 2020. The parties stipulate and agree that time be excluded under the Speedy Trial Act for further preparation of the case. Further, the parties stipulate and agree that the ends of justice served by excluding time through December 1, 2020 from computation under the Speedy

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE - 1

Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: November 13, 2020                    /s/
                                                                JEFF WOZNIAK
                                                                NATHAN PETERSON
                                                                Counsel for Defendant Carolyn Powell

DATED: November 13, 2020                    /s/
                                                                YOOSUN KOH
                                                                Assistant United States Attorney

**ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the Chang of Plea Hearing/Status Conference currently scheduled for November 16, 2020 at 11:00 a.m. to December 1, 2020 at 10:00 a.m.

Furthermore, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from November 16, 2020 through December 1, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 16, 2020 to December 1, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 16, 2020 through December 1, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 13, 2020

HON. RICHARD SEEBORG
United States District Judge