JEFF WOZNIAK (SBN 256738)
Law Offices of Jeff Wozniak
NATHAN PETERSON (SBN 288968)
Law Offices of Nathan Peterson
1663 Mission Street, Suite 200
San Francisco, CA 94103
t. (415) 864-5600
f. (415) 865-0376
jeff@jeffwozniaklaw.com
nathan@stuarthanlonlaw.com

Attorneys for CAROLYN POWELL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN POWELL,<br>　　a/k/a Carolyn Sharane Powell,<br><br>　　　　Defendant. | CASE NO. CR 20-010 RS<br><br>**STIPULATION & ORDER CONTINUING TRIAL SETTING/CHANGE OF PLEA HEARING** |

　　　　The above-entitled matter is currently scheduled for a Change of Plea/Trial Setting on February 2, 2021 at 11:00 a.m. On January 27, 2021 Ms. Powell was arraigned on a new information charging her with a new case. That matter is now on calendar on February 16, 2021 for a first appearance/status. The government has been making discovery productions regarding the new case and the final production was made on January 28, 2021. Defense counsel is reviewing the newly discovered materials with Ms. Powell. It is anticipated that both matters will resolve by change of plea on February 16, 2021. Therefore it is stipulated by both parties that the Change of Plea/Trial Setting in this matter be continued to February 16, 2021 at 11:00 a.m.

　　　　It is further stipulated by and between counsel for the government and counsel for the defendant that time be excluded under the Speedy Trial Act from February 2, 2021 through February 16, 2021. The parties stipulate and agree that time be excluded under the Speedy Trial

STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING - 1

Act for further preparation of the case. Further, the parties stipulate and agree that the ends of justice served by excluding time through February 16, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: January 29, 2021

/s/
JEFF WOZNIAK
NATHAN PETERSON
Counsel for Defendant Carolyn Powell

DATED: January 29, 2021

/s/
YOOSUN KOH
Assistant United States Attorney

# ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the Change of Plea Hearing/Status Conference currently scheduled for February 2, 2021 at 11:00 a.m. to February 16, 2021 at 11:00 a.m.

Furthermore, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from February 2, 2021 through February 16, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from February 2, 2021 through February 16, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 2, 2021 through February 16, 2021  shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 1, 2021

HON. RICHARD SEEBORG
Chief United States District Judge