JEFF WOZNIAK (SBN 256738)
Law Offices of Jeff Wozniak
NATHAN PETERSON (SBN 288968)
Law Offices of Nathan Peterson
1663 Mission Street, Suite 200
San Francisco, CA 94103
t. (415) 864-5600
f. (415) 865-0376
jeff@jeffwozniaklaw.com
nathan@stuarthanlonlaw.com

Attorneys for CAROLYN POWELL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN POWELL,<br>    a/k/a Carolyn Sharane Powell,<br><br>    Defendant. | CASE NO. CR 20-010 RS; CR 21-033 RS<br><br>**STIPULATION & ORDER CONTINUING STATUS CONFERENCE/CHANGE OF PLEA HEARING** |

The above-entitled matter is currently scheduled for a Sentencing Hearing on May 25, 2021 at 10:00 a.m. Ms. Powell and her counsel are requesting additional time to prepare for the hearing. Counsel is still waiting on various documents they wish to submit to the court prior to the hearing. As defense counsel needs more time to prepare, counsel for the defendant and the government stipulate and agree to continue the Sentencing hearing to June 22, 2021 at 11:00 a.m., or any other time that day that is convenient for the Court.

IT IS SO STIPULATED.

DATED: May 14, 2021                             /s/
                                                    JEFF WOZNIAK
                                                    NATHAN PETERSON
                                                    Counsel for Defendant Carolyn Powell

DATED: May 14, 2021                             /s/
                                                    YOOSUN KOH
                                                    Assistant United States Attorney

**ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the Sentencing Hearing currently scheduled for May 25, 2021 at 10:00 a.m. to June 22, 2021 at 11:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 14, 2021

_____
HON. RICHARD SEEBORG
Chief United States District Judge